# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 11-2366M | Date October 26, 2011 |

Present: The Honorable  RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

Interpreter  N/A

| Ilene Bernal | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|
| APPLICATION FOR ORDER | N/A | N/A | |

**Proceedings:**         (IN CHAMBERS)

　　　This action was opened upon the filing by the U.S. Attorney's Office of an Application for an Order Pursuant to 18 U.S.C. § 2705(b), and erroneously was opened as a sealed case.

　　　On the Court's own motion, IT IS ORDERED that the case is unsealed. IT IS FURTHER ORDERED that document #1 shall be identified on the docket as "Application for an Order Pursuant to 18 U.S.C. § 2705(b)" and that document #3 shall be identified as "Briefing Regarding Scope of Court's Authority to Issue an Order Pursuant to 18 U.S.C. §2705(b)" and that both of those documents shall be placed under seal.

　　　The Court's Order (document # 2) shall NOT be placed under seal.

|  | : |
|---|---|
| Initials of Deputy Clerk | igb |